```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

| | | |
|---|---|---|
| LARISSA HARRINGTON, | ) | |
|     Plaintiff, | ) | No. 04 C 5991 |
| | ) | |
|   v | ) | The Honorable |
| | ) | Joan H. Lefkow |
| | ) | |
| OFFICER DAVID A. HEAVEY, JOHN DOE, | ) | |
| RICHARD DOE, POLICE OFFICERS OF THE | ) | |
| CITY OF WAUKEGAN, identity and number | ) | Magistrate |
| of whom is presently unknown to the | ) | Judge Mason |
| Plaintiff, individually and as police | ) | |
| Officers of the City of Waukegan and | ) | |
| The City of Waukegan, | ) | |
| | ) | |
|     Defendants. | ) | |

<u>MOTION TO VACATE ORDER ENTERED ON JANUARY 26, 2010</u>

    NOW COMES, Attorney Navy, attorney for the Plaintiff in this matter, and for her Motion to Vacate Order Entered on January 26, 2010 states as follows:

1. That on January 26, 2010 this honorable court entered an order granting attorney fees to Attorney James Flesch for alleged behavior on the part of Attorney Earline Navy.

2. That Attorney Navy wishes to have an opportunity to submit evidence and testimony before this court that she had a last minute scheduling conflict and that she did not behave in an manner that would warrant having to pay attorney fees to Attorney Flesch.

3. That Attorney Navy made a responsible effort to have an attorney licensed in the Northern District of Illinois to whom Attorney Navy had made fully aware of what information Attorney was prepared to present to this honorable court.

4. When Attorney Flesch realized Attorney Navy would not be there, he took this opportunity paint her in a negative light to the judge so that he could ask for dismissal of the case and attorney fees as sanctions.

5. Attorney Navy will show that Attorney Flesch made, among other things, misrepresentations and exaggerations in an attempt to persuade Judge Lefkow that further sanctions were necessary.

6. At no time has Attorney Navy intentionally disrespected this court or Attorney Flesch.

WHEREFORE, Attorney Navy prays this honorable court enter an order vacating the order entered on January 26, 2010; enter an order awarding sanctions against Attorney Flesch for his misconduct; and for any other and further relief that this court deems proper and just.

Respectfully submitted,


/s/ *Earline D. Navy*


EARLINE D. NAVY
Attorney for Plaintiff
2813 19th Place
North Chicago, IL  60064

847-625-0006


:HARRINGTON  MOTION TO VACATE  (FLESCH)  #4LAPTOP        :C